Firefox

about:blank

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**RECEIVED**

JUN 0 6 2025

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Kenya Lenee Sinclair
Plaintiff,

v.

Trooper Gustavo Culbeaux, in his individual and official capacity;
Minnesota State Patrol;
State of Minnesota,
Defendants.

Case No:  25-cv-2365-JMB/ECW

COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS (42 U.S.C. § 1983),
AMERICANS WITH DISABILITIES ACT (ADA), AND STATE LAW CLAIMS
Jury Trial Demanded

## I. PARTIES

- Plaintiff, Kenya Lenee Sinclair, is an adult resident of Minnesota and appears pro se.
- Defendant Trooper Gustavo Culbeaux is a Minnesota State Patrol officer, sued in his individual and official capacities.
- Defendant Minnesota State Patrol is a division of the Minnesota Department of Public Safety.
- Defendant State of Minnesota is responsible for its employees' actions under Minn. Stat. § 3.736.

## II. JURISDICTION AND VENUE

- Jurisdiction is proper under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1343 (civil rights), and 42 U.S.C. § 1983.
- Venue is proper under 28 U.S.C. § 1391(b), as the incident occurred in Ramsey County, Minnesota.

## III. FACTS

- On November 1, 2024, Plaintiff was attempting to safely pull over on Highway 35 at the Mounds Exit ramp.
- Defendant Minnesota State Trooper Gustavo Culbeaux struck Plaintiff's vehicle twice, despite Plaintiff stopping and complying.

**SCANNED**

JUN 0 6 2025

U.S. DISTRICT COURT ST. PAUL

6/4/2025. 2:58 PM

- Plaintiff's three-year-old grandson was in the rear passenger seat and was endangered by this reckless act.
- Trooper Culbeaux immediately attacked Plaintiff without cause, joined by other unidentified troopers.
- Plaintiff informed Culbeaux and the EMTs of the grandson's mother's and uncle's contact information, but they refused to help notify them or ensure the child's welfare and safety.
- Plaintiff was arrested and charged with fleeing (later dropped) and possession of a weapon, despite having held a valid permit that had only expired.
- Trooper Culbeaux falsely claimed that Plaintiff never had a permit.
- Plaintiff suffers from multiple documented disabilities, including: gunshot injuries (missing left thumb, surgical damage to left arm and back), PTSD, anxiety, depression, and severe pain.
- Plaintiff informed the trooper of these conditions. Trooper Culbeaux responded dismissively, stating "eh, you'll be fine", and ignored the need for medical or procedural accommodations.
- Plaintiff filed complaints with the POST Board, Internal Affairs, and the U.S. Department of Justice.

## IV. CLAIMS FOR RELIEF

- Count I – 42 U.S.C. § 1983 – Excessive Force and Unlawful Seizure (4th Amendment)
- Trooper Culbeaux used force that was objectively unreasonable, causing injury and violating Plaintiff's right to be free from excessive force.
- Count II – 42 U.S.C. § 1983 – Violation of Due Process (14th Amendment)
- Defendants failed to safeguard Plaintiff's grandson, violating Plaintiff's parental interest and right to family integrity.
- Count III – Violation of Americans with Disabilities Act (Title II)
- Defendants failed to provide reasonable accommodations despite clear notice of Plaintiff's physical and mental disabilities, violating 42 U.S.C. § 12132.
- Count IV – State Tort: Battery
- Trooper Culbeaux made intentional, harmful contact without justification.
- Count V – State Tort: Negligence and Child Endangerment
- Defendants endangered a child and failed to act with reasonable care toward Plaintiff and grandson.
- Count VI – Intentional Infliction of Emotional, Mental and Physical Distress
- The conduct of Defendants was extreme, outrageous, and caused severe distress to both Plaintiff and her grandson.

## V. RELIEF REQUESTED

- Compensatory damages in excess of $1,500,000
- Punitive damages against Trooper Culbeaux
- Injunctive relief against Minnesota State Patrol practices
- Declaratory relief
- Court costs and other appropriate relief

JURY DEMAND
Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,
[Your Signature]
Kenya Lenee Sinclair
3821 Hazel Trail, Unit C
Woodbury, MN 55129
612-276-3362
ksinclair39@att.net
Pro Se Plaintiff